## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEKELMAN INDUSTRIES, | |
| **Plaintiff,** | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| REPUBLIC OF MEXICO, | |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Zekelman Industries hereby files this Notice of Voluntary Dismissal, without prejudice, as to the above-captioned action. No answer or motion for summary judgment has been filed.

Dated: August 18, 2025

Respectfully submitted,

*/s/ Daniel A. Bruce*
Daniel A. Bruce (D.D.C. Bar No. VA178)
dbruce@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808

Mark I. Pinkert (*Admitted Pro Hac Vice*)
mpinkert@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
119 S. Monroe St., Suite 500

Tallahassee, FL 32301
Phone: (850) 270-5938

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A courtesy copy will also be sent via first class U.S. mail, postage prepaid to the following:

Ambassador Esteban Moctezuma Barragán
1911 Pennsylvania Avenue NW
Washington, DC 20006

U.S. Department of State
600 19th St. NW
Washington, DC 20431

_/s/ Daniel A. Bruce_
Daniel A. Bruce